# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 17-10794M |
| vs. | Citizenship: Mexico |
| Osvaldo Ortiz-Hernandez | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 4, 2017 at or near Nogales, arizona, in the District of Arizona, Osvaldo Ortiz-Hernandez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Hidalgo, Texas on November 17, 2015 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(1).

Osvaldo Ortiz-Hernandez is a citizen of Mexico. On November 17, 2015, Osvaldo Ortiz-Hernandez was lawfully denied admission, excluded, deported and removed from the United States through Hidalgo, Texas. On September 4, 2017, agents found Osvaldo Ortiz-Hernandez in the United States at or near Nogales, arizona without the proper immigration documents. Osvaldo Ortiz-Hernandez did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Osvaldo Ortiz-Hernandez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Osvaldo Ortiz-Hernandez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 4, 2017, at or near Nogales, Arizona.

| | |
|---|---|
| File Date: 09/06/2017 | at Tucson, Arizona |
| | Cesar Ponce, Border Patrol Agent |

Sworn to before me and subscribed in my presence,

| | |
|---|---|
| Date Signed: 09/06/2017 | Jacqueline M. Rateau |
| | United States Magistrate Judge |

Alien Number: 200 556 678